**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PENNSYLVANIA DEMOCRATIC PARTY,
NILOFER NINA AHMAD, DANILO
BURGOS, AUSTIN DAVIS, DWIGHT
EVANS, ISABELLA FITZGERALD,
EDWARD GAINEY, MANUEL M. GUZMAN,
JR., JORDAN A. HARRIS, ARTHUR
HAYWOOD, MALCOLM KENYATTA,
PATTY H. KIM, STEPHEN KINSEY, PETER
SCHWEYER, SHARIF STREET, AND
ANTHONY H. WILLIAMS

v.

KATHY BOOCKVAR, IN HER CAPACITY
AS SECRETARY OF THE
COMMONWEALTH OF PENNSYLVANIA;
ADAMS COUNTY BOARD OF ELECTIONS;
ALLEGHENY COUNTY BOARD OF
ELECTIONS; ARMSTRONG COUNTY
BOARD OF ELECTIONS; BEAVER
COUNTY BOARD OF ELECTIONS;
BEDFORD COUNTY BOARD OF
ELECTIONS; BERKS COUNTY BOARD OF
ELECTIONS; BLAIR COUNTY BOARD OF
ELECTIONS; BRADFORD COUNTY
BOARD OF ELECTIONS; BUCKS COUNTY
BOARD OF ELECTIONS; BUTLER
COUNTY BOARD OF ELECTIONS;
CAMBRIA COUNTY BOARD OF
ELECTIONS; CAMERON COUNTY BOARD
OF ELECTIONS; CARBON COUNTY
BOARD OF ELECTIONS; CENTRE
COUNTY BOARD OF ELECTIONS;
CHESTER COUNTY BOARD OF
ELECTIONS; CLARION COUNTY BOARD
OF ELECTIONS; CLEARFIELD COUNTY
BOARD OF ELECTIONS; CLINTON
COUNTY BOARD OF ELECTIONS;
COLUMBIA COUNTY BOARD OF
ELECTIONS; CRAWFORD COUNTY

:  No. 133 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

BOARD OF ELECTIONS; CUMBERLAND          :
COUNTY BOARD OF ELECTIONS;              :
DAUPHIN COUNTY BOARD OF                 :
ELECTIONS; DELAWARE COUNTY              :
BOARD OF ELECTIONS; ELK COUNTY          :
BOARD OF ELECTIONS; ERIE COUNTY         :
BOARD OF ELECTIONS; FAYETTE             :
COUNTY BOARD OF ELECTIONS;              :
FOREST COUNTY BOARD OF                  :
ELECTIONS; FRANKLIN COUNTY BOARD        :
OF ELECTIONS; FULTON COUNTY             :
BOARD OF ELECTIONS; GREENE              :
COUNTY BOARD OF ELECTIONS;              :
HUNTINGDON COUNTY BOARD OF              :
ELECTIONS; INDIANA COUNTY BOARD         :
OF ELECTIONS; JEFFERSON COUNTY          :
BOARD OF ELECTIONS; JUNIATA             :
COUNTY BOARD OF ELECTIONS;              :
LACKAWANNA COUNTY BOARD OF              :
ELECTIONS; LANCASTER COUNTY             :
BOARD OF ELECTIONS; LAWRENCE            :
COUNTY BOARD OF ELECTIONS;              :
LEBANON COUNTY BOARD OF                 :
ELECTIONS; LEHIGH COUNTY BOARD OF       :
ELECTIONS; LUZERNE COUNTY BOARD         :
OF ELECTIONS; LYCOMING COUNTY           :
BOARD OF ELECTIONS; MCKEAN              :
COUNTY BOARD OF ELECTIONS;              :
MERCER COUNTY BOARD OF                  :
ELECTIONS; MIFFLIN COUNTY BOARD         :
OF ELECTIONS; MONROE COUNTY             :
BOARD OF ELECTIONS; MONTGOMERY          :
COUNTY BOARD OF ELECTIONS;              :
MONTOUR COUNTY BOARD OF                 :
ELECTIONS; NORTHAMPTON COUNTY           :
BOARD OF ELECTIONS;                     :
NORTHUMBERLAND COUNTY BOARD OF          :
ELECTIONS; PERRY COUNTY BOARD OF        :
ELECTIONS; PHILADELPHIA COUNTY          :
BOARD OF ELECTIONS; PIKE COUNTY         :
BOARD OF ELECTIONS; POTTER              :
COUNTY BOARD OF ELECTIONS;              :
SCHUYLKILL COUNTY BOARD OF              :
ELECTIONS; SNYDER COUNTY BOARD          :
OF ELECTIONS; SOMERSET COUNTY           :
BOARD OF ELECTIONS; SULLIVAN            :

COUNTY BOARD OF ELECTIONS; :
SUSQUEHANNA COUNTY BOARD OF :
ELECTIONS; TIOGA COUNTY BOARD OF :
ELECTIONS; UNION COUNTY BOARD OF :
ELECTIONS; VENANGO COUNTY BOARD :
OF ELECTIONS; WARREN COUNTY :
BOARD OF ELECTIONS; WASHINGTON :
COUNTY BOARD OF ELECTIONS; WAYNE :
COUNTY BOARD OF ELECTIONS; :
WESTMORELAND COUNTY BOARD OF :
ELECTIONS; WYOMING COUNTY BOARD :
OF ELECTIONS; AND YORK COUNTY :
BOARD OF ELECTIONS :
:
:
PETITION OF: KATHY BOOCKVAR, IN :
HER CAPACITY AS SECRETARY OF THE :
COMMONWEALTH OF PENNSYLVANIA

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2020, the motion to intervene filed by Joseph B. Scarnati III, Pennsylvania Senate President Pro Tempore, and Jake Corman, Senate Majority Leader, representing the Republican Senate Caucus, is **GRANTED**. The application to intervene filed by the Republican Party of Pennsylvania is **GRANTED**. The applications to intervene filed by Donald J. Trump for President, Inc., and the Republican National Committee; Common Cause of Pennsylvania, the League of Women Voters of Pennsylvania, the Black Political Empowerment Project, Make the Road Pennsylvania, Patricia M. DeMarco, Danielle Graham Robinson, and Kathleen Wise are **DENIED.** The denial of the motions to intervene is without prejudice to the parties' ability to file briefs as *amicus curiae* pursuant to Pa.R.A.P. 531.

    Justice Wecht files a concurring and dissenting statement.